**Opinion issued April 21, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00156-CV

———————————

## MALORIE J. WHITEFIELD-ZLOTECKI AND ROBERT ZLOTECKI, Appellants

## V.

## SHIRLEY WHITEFIELD, Appellee

On Appeal from the Probate Court
Galveston County, Texas
Trial Court Case No. PR-0073110-A

## MEMORANDUM OPINION

Appellants, Malorie J. Whitefield-Zlotecki and Robert Zlotecki, representing

that the underlying matter has been settled between the parties, have filed a motion

to dismiss the appeal. No other party has filed a notice of appeal, and no opinion

has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Further, although appellants failed to include a certificate of conference in their motion, more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Huddle.